171 A.3d 1259

SHAKEEM MALIK HOLMES, PLAINTIFF-RESPONDENT,
v. JERSEY CITY POLICE DEPARTMENT,
DEFENDANT-PETITIONER.

C–73 Sept. Term 2017
079457

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001634–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

171 A.3d 1259

TOWNSHIP OF LONG BEACH, PLAINTIFF, v.
JEAN VELTEN, DEFENDANT-MOVANT.

M–250 Sept.Term 2017
080179

October 20, 2017

ORDER

It is ORDERED that the motion to stay construction activities is granted, only pending the Court's disposition of the appeal.